The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



*John P. Gustafson*
United States Bankruptcy Judge

**Dated: March 1 2023**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Chapter 13 Proceeding |
| Eric Glen Hollingsworth, | : | Case No. 22-61033 |
| Debtor. | : | Judge John Gustafson |

**ORDER GRANTING TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN**

This matter is before the Court on the Chapter 13 Trustee's Motion to Modify Chapter 13 Plan filed on February 7, 2023.

The Trustee submits that the time to object, request a hearing, or otherwise contest the motion has expired.

**IT IS THEREFORE ORDERED** that Trustee's Motion to Modify Chapter 13 Plan is hereby Granted. The Plan is hereby modified to abrogate Trustee's obligation to make payments to Directions Credit Union. Trustee shall cease the accrual of payments owed to Directions Credit Union under the Chapter 13 Plan, and Trustee shall disburse such funds to the remaining claimants pursuant to the remaining terms of the confirmed Plan.

###

Submitted by:

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Deborah L. Mack, Counsel for Eric Glen Hollingsworth, via the Court's Electronic Case Filing System at Debbie@ohiofinancial.lawyer

Eric Glen Hollingsworth, Debtor, via regular mail at:
1739 Sunrise Drive
Mansfield, OH 44906

Directions Credit Union, Creditor, via regular mail at:
c/o Thomas J. Kelley
Spengler Nathanson P.L.L.
900 Adams Street
Toledo, OH 43604