IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Chapter 13 Proceeding |
| | : | |
| Eric Glen Hollingsworth, | : | Case No. 22-61033 |
| | : | |
| Debtor. | : | Judge John Gustafson |
| | : | |

**JOINT STIPULATION**

Now comes Chapter 13 Trustee, Dynele L. Schinker-Kuharich, and Debtor(s), Eric Glen Hollingsworth, by and through the undersigned counsel, and jointly stipulate and agree to the following:

1. This case was filed under Chapter 13 of the United States Bankruptcy Code on October 7, 2022.

2. The Plan was confirmed on January 26, 2023.

3. The Confirmed Plan, at 5.1 provides that allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata, the funds remaining after disbursements have been made to all other creditors provided for in the Plan. [See Doc. 33, Pg.7].

4. The Plan is feasible and is currently paying the allowed nonpriority unsecured claims that are not separately classified a dividend of one hundred percent (100%).

5. Upon review of recent paystubs, the gross annual income for Debtor(s) has increased from approximately $47,035.08 at the time of plan confirmation to approximately $51,498.84. This is an annual increase of approximately $4,463.76.

6. 11 U.S.C. §1322(a) requires submission of all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan.

7. Because the Plan is currently paying a one hundred percent (100%) dividend to the allowed nonpriority unsecured claims that are not separately classified, and because Debtor(s) do(es) not desire to increase the Chapter 13 plan payment by the amount of the additional disposable income, the parties jointly stipulate and agree that 5.1 of the Chapter 13 Plan is hereby modified to require allowed nonpriority unsecured claims that are not separately classified to receive a one hundred percent (100%) dividend in order for Debtor(s) to receive a discharge in this Chapter 13 case.

WHEREFORE, the above Stipulation and Agreement is well taken. **In order for Debtor(s) Eric Glen Hollingsworth to earn a discharge in this case, all timely filed, undisputed, non-priority, general unsecured creditors must receive a one hundred percent (100%) dividend.**

**Submitted By:**

/s/ A. Michelle Jackson Limas
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**Approved By:**

/s/ Deborah L. Mack   /s/ Eric G. Hollingsworth
Deborah L. Mack (0067347)   Eric G. Hollingsworth, Debtor
Counsel for Eric Glen Hollingsworth
53 East Main Street
Lexington, OH 44904
Telephone: 419.884.4600
Facsimile: 419.571.8911
Email: Debbie@ohiofinancial.lawyer

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at DLSK@Chapter13Canton.com

Deborah L. Mack, Counsel for Eric Glen Hollingsworth, via the Court's Electronic Case Filing System at Debbie@ohiofinancial.lawyer

Eric Glen Hollingsworth, Debtor, via regular mail at:
1739 Sunrise Drive
Mansfield, OH 44906